```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION


VONDELL POPPELL,                 :

     Plaintiff,                  :

vs.                              :    CIVIL ACTION 05-0039-BH-B

MIAMI HERALD KNIGHT RIDDER, INC:,

     Defendant.                  :

                                 :
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

   **DONE** this 25th day of April, 2005.


                                      s/ W. B. Hand
                                SENIOR  DISTRICT JUDGE