IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

VONDELL POPPELL,                       :

    Plaintiff,                         :

vs.                                    :   CIVIL ACTION 05-0039-BH-B

MIAMI HERALD KNIGHT RIDDER, INC.,

    Defendant.                         :

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 25th day of April, 2005.

                                                     s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE